7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Derek Michael Wardell and Cassi Lyn Wardell
*Debtor*

*Bankruptcy Case No.*
13–40154–abf7

**USAA Federal Savings Bank**
  Plaintiff(s)

*Adversary Case No.*
13–04057–abf

v.

**Cassi Lyn Wardell**
  Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Agreed Order of Nondischargeability(Doc. No.10), Judgement is hereby entered against Defendant Cassi L. Wardell, and in favor of Plaintiff USA Federal Savings Bank in the amount of $1,300.00.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
  Deputy Clerk



Date of issuance: 6/21/13

Court to serve